Thomas F. STROTHER,
Plaintiff-Appellant,

v.

EXXON CORPORATION, Exxon Pipeline
Co. and/or Exxon Pipeline, Inc.,
Defendants-Appellees.

No. 77–2695

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 26, 1978.

Aaron Frank McGee, Eunice, La., for plaintiff-appellant.

E. Burt Harris, I. David Warner, III, New Orleans, La., for defendants-appellees.

Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.

PER CURIAM:

The appeal is DISMISSED without prejudice to a future appeal following the district court's review of the magistrate's report and entry of final judgment by the district court. *Kendall v. Davis,* 569 F.2d 1330 (CA5, 1978).

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir. 1970, 431 F.2d 409, Part I.